**UNITED STATES of America, to the Use of William DOERR, Appellant, v. Morris J. RING, Sole Trader, Doing Business as Ring Construction Company, et al.**

No. 11604.

Circuit Court of Appeals, Eighth Circuit.

Sept. 19, 1940.

S. M. Mandell and S. L. Trusty, both of Kansas City, Mo., for appellant.

Francis M. Cook, James P. Aylward, George V. Aylward, and Terence M. O'-Brien, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on motion of appellees.

**UNITED STATES of America, Appellant, v. EMPIRE INVESTMENT CO., Limited, Appellee.**

No. 9645.

Circuit Court of Appeals, Ninth Circuit.

Sept. 28, 1940.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Keith R. Ferguson, of San Francisco, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellant, and stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**UNITED STATES of America, Appellant and Cross-Appellee, v. Ethel B. BURNS, Appellee and Cross-Appellant.**

No. 9646.

Circuit Court of Appeals, Ninth Circuit.

Sept. 28, 1940.

Wm. Fleet Palmer, U. S. Atty., and Eugene Harpole, Representative, Chief Counsel, Bureau of Internal Revenue, both of Los Angeles, Cal., for the United States. States.

Mackay, McGregor & Reynolds, of Los Angeles, Cal., for taxpayer.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeals herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.